PIRCO, LLC

VERSUS

RKRT REAL ESTATE INVESTORS, LLC
AND ROBERT E. TILLMAN

NO. 25-C-435

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

October 08, 2025

Linda Tran

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of John J. Molaison, Jr.,
Scott U. Schlegel, and Timothy S. Marcel

**APPLICATION FOR REHEARING DENIED**

**SUS**
**JJM**
**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

**SCHLEGEL, J.**

Pursuant to Louisiana Uniform Rules - Courts of Appeal Rule 2-18.7, this court does not consider applications for rehearing that seek review of the denial of a writ application.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/08/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-435**

### E-NOTIFIED

No Attorney(s) were ENOTIFIED

### MAILED

Olaseni E. Moore (Relator)
Attorney at Law
3805 Houma Boulevard
Suite A216
Metairie, LA 70006

Amanda D. Hogue (Respondent)
Attorney at Law
One Galleria Bouelvard
Suite 1100
Metairie, LA 70001